UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

GREGORY DOUGLAS WEAVER,          CASE NO. 21-00600-5-DMW

                                                                         CHAPTER 13

**DEBTOR**

## DEBTOR'S VERIFIED MOTION TO EXTEND AUTOMATIC STAY

Now comes the Debtor, by and through counsel, and moves this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1. The Debtor filed the above-captioned case on March 17, 2021.

2. On April 13, 2020, the Debtor filed a prior chapter 13 case bearing the assigned Case No. 20-01541-5-DMW in the Eastern District of North Carolina. The court dismissed that case on February 25, 2021. The dismissal of the prior case was because of the following (*mark all that apply*):

   ☐     Debtor or Debtor's immediate family incurred significant medical expenses;

   ☐     Debtor lost job/ had hours reduced/had wages reduced;

   ✓     Debtor incurred a significant expense on primary residence, namely moving expenses of $2500.00 and security deposits;

   ☐     Debtor incurred a significant expense on primary vehicle;

   ☐     Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money \**);

   ✓     Debtor incurred a significant expense related to a dependent (*if so, provide details*): *Debtor incurred a furniture expense of $450.00 for his daughter as she grew out of her bedroom set.

   ☐     Other *

3. The Debtor's circumstances have substantially changed because (*mark all that apply*):

   ☐     Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Provide details: *

   ☐     Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): *

   ✓     Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): *Debtor is now receiving social security for his daughter in the amount of $430.00 per month.

   ✓     Debtor now has more available income in the form of reduced expenses

☐ Other: \*

4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

✓ is filed within five (5) days of the petition date ,
☐ is NOT filed within five (5) days of the petition date.

5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtor prays for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated: March 18, 2021

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
Sasser Law Firm
2000 Regency Parkway, Suite 230
Cary, NC 27518
NC Bar No. 26707
Tel: 919.319.7400
Fax: 919.657.7400
Email: travis@sasserbankruptcy.com

## DECLARATION

Under penalty of perjury, I, **Gregory Douglas Weaver,** hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

(Signed)
**Gregory Douglas Weaver,**

Sworn and subscribed to me this the 19th day of March, 2021

Notary Public
October 16, 2024

Notary Seal

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

**GREGORY DOUGLAS WEAVER,**           CASE NO. 21-00600-5-DMW
                                       CHAPTER 13
**DEBTOR**

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a Motion to Continue Automatic Stay has been filed by the debtor. A copy of the motion accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. If a response is filed, a hearing on this motion will be heard at the United States Bankruptcy Court, Eastern District of North Carolina, Raleigh Division located at the Century Station Federal Building, 300 Fayetteville Street, Raleigh, North Carolina 27601 in *the 3rd Floor Courtroom starting at 10:00am on April 14, 2021..* You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: March 18, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

    The foregoing debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

    *ALL PARTIES ON THE ATTACHED MAILING MATRIX*

Dated: March 18, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

AT&T
Attn: Managing Agent/Bankruptcy
2247 Northlake Parkway
Tucker, GA 30084-4005

Ally Financial
Attn: Managing Agent
PO Box 130424
Roseville, MN 55113-0004

Applied Bank
Attn: Managing Agent
PO Box 15809
Wilmington, DE 19850-5809

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS, SD 57106-3657

(p)BLUEGREEN CORPORATION
MORTGAGE DEPT ATTN BANKRUPTCY
4960 CONFERENCE WAY NORTH SUITE 100
BOCA RATON FL 33431-4413

Bridgecrest Credit Company
Attn: Managing Agent/Bankruptcy
7300 East Hampton Avenue Suite 101
Mesa, AZ 85209-3324

Capital One
Attn: Managing Agent
PO Box 85149
Richmond, VA 23295-0001

ECSI
Attn: Managing Agent/Bankruptcy
181 Montour Run Road
Coraopolis, PA 15108-9408

First Premier Bank
Attn: Managing Agent/Bankruptcy
PO Box 5147
Sioux Falls, SD 57117-5147

IQ Data International, Inc.
Attn: Managing Agent/Bankruptcy
1010 SE Everett Mall Way, Suite 100
Everett, WA 98208-2855

Internal Revenue Service
Attn: Managing Agent
P. O. Box 7346
Philadelphia, PA 19101-7346

Merrick Bank
c/o Resurgent Capital Services
P. O. Box 10368
Greenville, SC 29603-0368

Monterey Financial Services
PO Box 2809
Carlsbad, CA 92018-2809

Montgomery Ward
Attn: Managing Agent
Post Office Box 981400
El Paso, TX 79998-1400

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

Nodell, Glass & Haskell
5540 Centerview Drive
Suite 416
Raleigh, NC 27606-3369

Orange County EMS
Attn: Managing Agent/Bankruptcy
PO Box 8181
Hillsborough, NC 27278-8181

PRESTIGE FINANCIAL SERVICES
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

PYOD, LLC
c/o FNBM, LLC Resurgent Capital
PO Box 19008
Greenville, SC 29602-9008

(p)PRESTIGE FINANCIAL SERVICES
PO BOX 26707
SALT LAKE UT 84126-0707

SYNCB/Care Credit
Attn: Managing Agent/Bankruptcy
950 Forrer Boulevard
Kettering, OH 45420-1469

SYNCB/Walmart
Attn: Managing Agent/Bankruptcy
PO Box 965024
Orlando, FL 32896-5024

Seventh Avenue
C/o Creditors Bankruptcy Services
Post Office Box 740933
Dallas, TX 75374-0933

Sherman Originator, LLC
Attn: Managing Agent
Post Office Box 10497
Greenville, SC 29603-0497

State Employees' Credit Union
Attn: Lori Barnes, Loss Mitigation
Post Office Box 25279
Raleigh, NC 27611-5279

SunTrust
Attn: Managing Officer
PO Box 305053
Nashville, TN 37230-5053

Total Card, Inc.
Attn: Managing Agent/Bankruptcy
Post Office Box 89725
Sioux Falls, SD 57109-9725

UNC Health Care
Attn: Managing Agent
211 Friday Center Drive, Ste2015
Chapel Hill, NC 27517-9499

University of Phoenix
Attn: Managing Agent
4615 East Elwood
Phoenix, AZ 85040-1950

Web Bank/Fingerhut
Attn: Managing Agent/Bankruptcy
PO Box 166
Newark, NJ 07101-0166

Gregory Douglas Weaver
222 Old Fayetteville Road, Apt # G-
Carrboro, NC 27510-5503

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039